

RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 10 / 31 / 12
BY DM

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NUMBER 5:12-CR-00263 |
| v. | JUDGE HICKS |
| ANTHONY ROGGERO | |

## WAIVER OF INDICTMENT

I, <u>ANTHONY ROGGERO</u>, the above named defendant, who is accused of <u>mail fraud in violation of 18 U.S.C. § 1341</u> being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on _____ 10/31/12 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
ANTHONY ROGGERO
DEFENDANT

_____
PETER FLOWERS
COUNSEL FOR DEFENDANT